IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRIS PHARMA, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 14-1309-GMS |
| ACTAVIS LABORATORIES FL, INC., | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT ACTAVIS LABORATORIES FL, INC.'S
SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT
<u>PURSUANT TO FED. R. CIV. P. 7.1</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Actavis Laboratories FL, Inc. hereby states as follows:

1. Actavis Laboratories FL, Inc. is a wholly-owned subsidiary of Andrx Corporation, which is a wholly-owned subsidiary of Actavis, Inc.;

2. Actavis, Inc. is wholly owned by Allergan plc (f/k/a Actavis plc), a publicly held corporation traded on the NYSE under the ticker symbol AGN; and

3. No publicly held corporation owns 10% or more of Allergan plc stock.

Dated: June 16, 2015

PHILLIPS GOLDMAN & SPENCE, P.A.

/s/ John C. Phillips, Jr.
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, Delaware 19806-4204
Tel. (302) 655-4200
jcp@pgslaw.com
dab@pgslaw.com