**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TRIS PHARMA, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 14-1309-GMS (Consolidated) |
| ACTAVIS LABORATORIES FL, INC., | ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, on February 2, 2016, defendant Actavis Laboratories FL, Inc. ("Actavis") served subpoenas (the "Subpoenas") on third party Pfizer, Inc. ("Pfizer") (D.I. 114, D.I. 115) commanding Pfizer to produce certain documents, electronically stored information and/or other materials on February 17, 2016 and to appear to testify at a deposition on February 23, 2016.

WHEREAS, Pfizer has requested an extension to respond to the Subpoenas.

WHEREAS, the parties have issued several notices to take the depositions of fact witnesses.

WHEREAS, some of these noticed depositions of fact witnesses have not yet occurred and are scheduled to take place in March 2016.

WHEREAS, under the Court's Scheduling and Consolidation Order (D.I. 37), fact discovery closes on February 26, 2016.

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

- Fact discovery in connection with the Subpoenas is extended until March 25, 2016; and

- The close of fact discovery to permit taking the scheduled depositions is extended to March 25, 2016.

All other deadlines shall remain unchanged.

The reason for this request is to accommodate Actavis and Pfizer's request for an extension to respond to the Subpoenas and to allow the parties additional time to take depositions of fact witnesses.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Derek J. Fahnestock*
Jack B. Blumenfeld (#1014)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
dfahnestock@mnat.com

*Attorneys for Plaintiff Tris Pharma, Inc.*

OF COUNSEL:

Errol B. Taylor
Fredrick M. Zullow
Anna Brook
Jordan P. Markham
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413

PHILLIPS, GOLDMAN & SPENCE, P.A.

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgslaw.com
dab@pgslaw.com

*Attorneys for Defendant Actavis Laboratories FL, Inc.*

OF COUNSEL:

Elizabeth J. Holland
Cynthia Lambert Hardman
Michael B. Cottler
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

Jennifer L. Ford
GOODWIN PROCTER LLP
Exchange Place
53 State Street Boston, MA 02109

Dated: February 26, 2016

SO ORDERED this _____ day of _________, 2016

______________________________
United States District Judge