# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

———

(302) 658-9200
(302) 658-3989 fax

**Derek J. Fahnestock**
(302) 351 9347
(302) 498 6238 fax
dfahnestock@mnat.com

March 7, 2016

The Honorable Gregory M. Sleet                    *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   *Tris Pharma, Inc. v. Actavis Laboratories FL, Inc.*
        C.A. No. 14-1309 (GMS) (Consolidated)

Dear Judge Sleet:

As directed, the parties jointly submit this letter to identify disputes concerning the proposed protective order to be addressed at the teleconference scheduled for March 9, 2016, at 11:00 a.m.:

**Issue 1:**  Whether the parties' in-house personnel should have access to the other parties' confidential information (whether the protective order has one or two tiers of confidentiality). (Paragraphs 1(a), 4(a)-(e)).  If a two tier protective order:

- What types of information in-house personnel may access ("Confidential" designation) and what types of information may be designated "Outside Counsel Eyes Only." (Paragraphs 4(a)-(c)); and

- How many in-house personnel have access (Paragraph 4(d)(2) and footnote 3).

**Issue 2:**  The scope of the FDA bar (Paragraph 3(c)) and its impact on the scope of information designated "Outside Counsel Eyes Only."

The parties, with the permission of the Court, attach the relevant excerpts of the protective order.  (*See* Exhibit A.)  The parties appreciate the Court's time with regard to this matter.

The Honorable Gregory M. Sleet
March 7, 2016
Page 2


Respectfully,

*/s/ Derek J. Fahnestock*

Derek J. Fahnestock (#4705)


DJF/dla
Enclosure
cc:     Clerk of Court (via hand delivery; w/enclosure)
        All Counsel of Record (via electronic mail; w/enclosure)